UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| MARGARET GALLAGHER,<br>of Phoenix, County of Maricopa, State of Arizona,<br>　　　　Plaintiff<br><br>VS.<br><br>JOY S. GRAHAM,<br>of West Palm Beach, County of Palm Beach, State of Florida,<br>　　　　Defendant | Case No.: _____ |

## COMPLAINT FOR A CIVIL CASE

　　Plaintiff Margaret Gallagher seeks compensatory damages from Defendant Joy S. Graham in accordance with the Federal Tort Claims Act, 28 U.S.C. § 1332, for injuries the Plaintiff sustained on July 30, 2024 when she was a passenger in a vehicle involved in a motor vehicle collision caused by the Defendant.

## PARTIES

　　1. Plaintiff, Margaret Gallagher, is a resident of Phoenix, County of Maricopa, State of Arizona.

　　2. Defendant, Joy S. Graham, is a resident of West Palm Beach, County of Palm Beach, State of Florida.

## JURISDICTION AND VENUE

　　3. Jurisdiction exists because there is diversity of citizenship, the case is worth more than $75,000 per 28 U.S.C. § 1332, and the event happened in the State of Maine.

## FACTS

　　4. On or about July 30, 2024, at approximately 8:41 pm, Plaintiff Margaret Gallagher was the passenger of a 2012 Toyota.  Said vehicle was moving in a westerly direction on a public way known as Acadia Highway in Orland, County of Hancock, State of Maine.

　　5. On said date, Defendant Joy S. Graham was operating a 2024 Chevrolet which was moving in a northerly direction onto Upper Falls Road in Orland, County of Hancock, State of Maine.

## **COUNT I**

6. Plaintiff repeats and realleges the allegations contained in Paragraphs 1 through 5 and incorporates the same herein by reference.

7. At aforementioned time and place Defendant owed to Plaintiff the duty to use care to operate said motor vehicle in such a way as to avoid causing collisions.

8. At aforementioned time and place, Defendant, being unmindful of her duty aforesaid did negligently and carelessly drive and operate the motor vehicle she was operating in such a manner that she caused it to collide with the vehicle the Plaintiff was traveling in.

9. Defendant was further negligent at said time and place in that:

   a. she failed to see the vehicle in which the Plaintiff was traveling, although by exercise of due care she could have seen said vehicle in time to avoid causing the collision;
   a. she failed to yield the right of way to the vehicle the Plaintiff was traveling in;
   c. she was inattentive in operating said motor vehicle.

10. As a direct and proximate result of the negligence of the Defendant aforesaid, the motor vehicle operated by the Defendant struck the vehicle occupied by the Plaintiff, as a result of which Plaintiff received great injuries of mind and body.

11. Said injuries caused great pain and suffering and mental anguish to Plaintiff and required hospitalization and medical treatment for which Plaintiff is liable financially, have caused Plaintiff to lose wages and prevented her from performing her usual employment, resulting in an impaired earning capacity, and have caused her loss of enjoyment of life, all of which elements of damage are of a continuing nature since the injuries are permanent in their effects.

WHEREFORE, Plaintiff Margaret Gallagher prays for compensatory damages that are reasonable against Defendant Joy S. Graham, plus interest and costs, and such other relief as the Court may deem just and proper. The compensatory damages sought are at least $300,000 and at least that is being demanded.

DATED at Lewiston, Maine, this __14__ day of January, 2026.

        _/s/ Sheldon J. Tepler, Esq._
        Sheldon J. Tepler, Esq.
        Bar No.:  2837
        Attorney for Plaintiff
        Hardy Wolf & Downing, PA
        PO Box 3065
        Lewiston, Maine 04243-3065
        207-784-1589
        email:  stepler@hardywolf.com

# **CERTIFICATE OF SERVICE**

      I hereby certify that on ___*January 14, 2026*___, I electronically filed the foregoing document with the clerk of the court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached service-list in the manner specified, either via transmission of notices of electronic filing generated by CM/ECF or some other authorized manner for those counsel or parties who were not authorized to receive notices of electronic filing.

DATED at Lewiston, Maine, this __*14*__ day of January, 2026.

                                                  */s/ Sheldon J. Tepler, Esq.*
                                                 Sheldon J. Tepler, Esq. | Bar No.: 2837